IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:20-cr-260-6-LMB |
| CARLOS JOSE TURCIOS VILLATORO, | |
| Defendant. | |

### CONSENT MOTION TO EXTEND DEADLINE TO FILE MOTION

The pretrial motions deadline in this case is today, July 14, 2023. Counsel is preparing a motion to suppress evidence obtained from several Facebook search warrants. Materials related to one of those warrants was produced in this case, and material related to two others were produced in another case. Due to a mutual misunderstanding between the parties, not all counsel had all of the warrants. In conferring about the filing of today's motion, the parties realized the misunderstanding and have since worked collaboratively to resolve the issue. However, in light of this issue, the accused, Jose Villatoro requests an extension until Monday, July 17, 2023, to review the materials and file his motion to suppress related to the Facebook search warrants. The government consents to this request. A proposed order is attached.

Thank you,

CARLOS JOSE TURICIOS VILLATORO
By Counsel

By:

/s/ [signature]
Elizabeth L. Van Pelt
*Virginia Bar No. 82750*
*Delaware Bar No. 6117*
*District of Columbia Bar No. 1615865*

libbey@libbeyvanpeltlaw.com
LIBBEY VAN PELT LAW, PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
(571) 356-9066

Robert J. Wagner
*Virginia Bar No. 27493*
robwagnerlaw@gmail.com
ROBERT J. WAGNER, PLC
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172

**CERTIFICATE OF SERVICE**

    I certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends a notification of filing (NEF) to all counsel of record.

                                                    /s/ _____
                                                  Elizabeth L. Van Pelt